# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Wan Chen Wu a/k/a Lilian Wu, a minor by      Civil No. 03-4870 (DWF/JSM)
her mother and natural guardian Pi Yu Tien
and by her father and natural guardian,
Ju Peng Wu, and Pi Yu Tien, Individually
and Ju Peng Wu, Individually,

        Plaintiffs,

v.                                            **CONFIDENTIALITY ORDER**
                                             **PURSUANT TO L.R. 79.1(c)**

Shattuck- St. Mary's School and Greg Paine,

        Defendants.

___

James S. Ballentine, Esq., James R. Schwebel, Esq., and William R. Sieben, Esq., Schwebel Goetz & Sieben, P.A., counsel for Plaintiffs.

Louise A. Behrendt, Esq., and Kenneth W. Dodge, Esq., Stich Angell Kreidler & Dodge, counsel for Defendant Shattuck-St. Mary's School.

Daniel A. Haws, Esq., Stacy E. Ertz, Esq., and Melanie P. Persellin, Esq., Murnane Conlin White & Brandt, counsel for Defendant Greg Paine.

___

       The above-entitled matter came on without hearing on Plaintiffs' Motion for a Confidentiality Order Pursuant to L.R. 79.1(c).

       Based upon all the files, records, and proceedings herein,

       **IT IS HEREBY ORDERED:**

       All original documents associated with the settlement of the above-captioned matter, including but not limited to, Plaintiffs' Petition for Distribution, Affidavits, supporting exhibits

and Order, shall be separately stored and maintained by the Clerk and shall not be disclosed or otherwise made available to any person except by Order of the Court.

Dated: April 22, 2005                    s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         Judge of United States District Court